**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

OSCAR BONILLA                                   **CIVIL ACTION NO. 19-1028**
                                                **SECTION P**
VS.

                                                **JUDGE TERRY A. DOUGHTY**

SHERIFF KEVIN COBB, ET AL.                      **MAG. JUDGE KAREN L. HAYES**

<u>**JUDGMENT**</u>

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Oscar Bonilla's claims on behalf of other inmates are **DISMISSED WITHOUT PREJUDICE** for lack of standing and as frivolous.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief can be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motion for appointed counsel, [doc. # 3], and motion for preliminary injunction, [doc. # 8, p. 9], are **DENIED AS MOOT**.

MONROE, LOUISIANA, this 4th day of December, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE